## CUNNINGHAM *v.* SILVEY-DOUGHERTY HAT COMPANY.

BECK, J. While the evidence upon the main issue in this case is somewhat vague and equivocal, it can not be said that, considered in its entirety, it is insufficient to support the verdict rendered.

           *Judgment affirmed. All the Justices concur.*
           NOVEMBER 17, 1916.

Claim. Before Judge Thomas. Colquitt superior court. October 17, 1915.

*Covington & Perry,* for plaintiff in error.

*James L. Dowling,* contra.